Peter GRZESKOWIAK, Appellant,

v.

Keith MILLS, Parole Officer, Appellee.

No. 01–2559.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2001.

Filed Dec. 26, 2001.

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Peter Grzeskowiak appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he sought to hold his parole officer liable for ignoring Mr. Grzeskowiak's requests to visit his mother. Upon our de novo review, we are satisfied that the district court's disposition was correct given Mr. Grzeskowiak's status as a parolee.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minne-

W. Duane ISAAC, Appellant,

v.

Mark DEAN; Wayne Davis; Defendants,

David DORMIRE; Arthur W. Dearixon; John Doe; Joe Jimerson; Kurt Malone; Webster, Appellees.

No. 01–3289.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 6, 2001.

Decided Dec. 26, 2001.

Before MCMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

A true copy.